IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KPI BRIDGE OIL LTD, | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | §   CIVIL ACTION NO. H-15-1039 |
| | § |
| LITHUANIAN SHIPPING CO. LTD, | § |
| | § |
| Defendant. | § |

## ORDER

The court will hold a hearing on the emergency motion to approve and apportion *custodia legis* costs filed by KPI Bridge Oil Ltd., (Docket Entry No. 10), on **May 12, 2015, at 5:00 p.m,** in Courtroom 11-B. All parties must be present. KPI must provide notice even if it appears that the court has done so.

SIGNED on May 6, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge